JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. LEZINE, SR., <br><br> Petitioner, <br> vs. <br> VIMAL SINGH, Warden, <br><br> Respondent. | Case No. CV 12-1067-JFW (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 9, 2013

JOHN F. WALTER
U.S. DISTRICT COURT JUDGE

1